**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LUANN RENFROW,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>SCOTTRADE,<br><br>    Garnishee. | NO. 2:17-MC-00067-RSL<br><br>(2:16-CR-00269-TSZ-1)<br><br>**Continuing Garnishee Order** |

A Writ of Continuing Garnishment, directed to Garnishee, Scottrade, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee Scottrade filed an Answer on July 31, 2017 [doc. no. 6], stating that at the time of the service of the Writ, it had in its possession, custody, or control, a Scottrade Rollover IRA, account ending 0489, valued at $114,546.99, as of July 20, 2017, in which Ms. Renfrow maintains an interest.

After notification of the garnishment proceeding was mailed to the parties on or about July 10, 2017, Ms. Renfrow has not requested a hearing to determine exempt property as of this date.

**CONTINUING GARNISHEE ORDER** (*USA v. Luann Renfrow and Scottrade,* **Nos. 2:17-MC-00067-RSL / 2:16-CR-00269-TSZ-1) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

IT IS THEREFORE ORDERED as follows:

That the Garnishee, Scottrade, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service, if any) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, including, but not limited to, the Scottrade Rollover IRA account, in which the Defendant maintains an interest;

That such payment shall be applied to Defendant/Judgment Debtor Renfrow's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:16-CR-00269-TSZ-1 and 2:17-MC-00067-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

DATED this 19th day of October, 2017.

*ROBERT S. LASNIK*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney