# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>LUANN RENFROW,<br><br>    Defendant/Judgment Debtor,<br><br>  and<br><br>SCOTTTRADE,<br><br>    Garnishee. | NO. 2:17-MC-00067-RSL<br><br>(2:16-CR-0269-1)<br><br>**Order Terminating Garnishment Proceeding** |

This matter came before the Court on the United States' Application to Terminate Garnishment Proceeding. For the reasons stated in the United States' Application, the Court concludes that this Garnishment should be terminated under 28 U.S.C. § 3205(c)(10)(B).

IT IS ORDERED that the garnishment is terminated, and that Scottrade is relieved of further responsibility under the writ of garnishment issued in this case.

**ORDER TERMINATING GARNISHMENT PROCEEDING**
**(USDC No. 2:17-mc-00067-RSL,** *United States v. Luann Renfrow & Scottrade***) - 1**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 30th day of June, 2025.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

ORDER TERMINATING GARNISHMENT PROCEEDING
(USDC No. 2:17-mc-00067-RSL, *United States v. Luann Renfrow & Scottrade*) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970